

# Fourth Court of Appeals
## San Antonio, Texas

September 27, 2021

No. 04-21-00369-CV

**IN THE INTEREST OF L.L.B, J.A.B, J.A.B, A.J.B., AND B.B.L., CHILDREN**

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2020PA01007
Honorable Linda A. Rodriguez, Judge Presiding

# O R D E R

This is an appeal from a final order terminating parental rights. It is accelerated in nature. *See* TEX. FAM. CODE § 263.405(a) (providing that appeals from final orders in parental termination cases are accelerated and governed by the rules for accelerated appeals); TEX. R. APP. P. 28.1(a) (stating appeals are accelerated when required by statute). The court reporter has filed a notification of late record, stating that no one has requested the preparation of the reporter's record. *See* TEX. R. APP. P. 34.6(b).

The trial court signed the final order terminating parental rights on July 31, 2021. Because this is an accelerated appeal, a notice of appeal was due on or before August 20, 2021. *See* TEX. R. APP. P. 26.1 (stating in an accelerated appeal the notice of appeal must be filed within 20 days after the judgment or order is signed). A motion for extension of time to file the notice of appeal was due on September 4, 2021. *See* TEX. R. APP. P. 26.3 (providing an appellate court may extend the time to file a notice of appeal if, within 15 days after the deadline for filing the notice of appeal, the party files the notice of appeal and a motion in the appellate court).

Appellant J.J.B. did not file his notice of appeal until August 27, 2021. Although appellant J.J.B. filed his notice of appeal within the fifteen-day grace period allowed by Rule 26.3, he did not file a motion for extension of time. A motion for extension of time is necessarily implied when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by Rule 26.1 but within the fifteen-day grace period provided by Rule 26.3 for filing a motion for extension of time. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997) (construing the predecessor to Rule 26). However, to satisfy Rule 26.3, an appellant must provide a reasonable explanation for his failure to file his notice of appeal in a timely manner. *See id.*; TEX. R. APP. P. 26.3.

Appellant A.N.L. did not file her notice of appeal on September 10, 2021. However, Rule 26.1(d) of the Texas Rules of Appellate Procedure provides that if any party timely files a notice of appeal, another party may file a notice of appeal within the time periods set out in rule 26.1 or fourteen days after the first filed notice of appeal, whichever is later. TEX. R. APP. P. 26.1(d).

We, therefore, ORDER appellant J.J.B. to file, on or before **October 4, 2021**, a response presenting a reasonable explanation for his failure to file his notice of appeal in a timely manner. We FURTHER ORDER appellant A.N.L. to file, on or before **October 4, 2021**, a response explaining why this court has jurisdiction to consider her appeal. Finally, both appellants are ORDERED to request the preparation of the reporter's record from court reporter Kelly Grossman in accordance with Rule 34.6(b) of the Texas Rules of Appellate Procedure and file a copies of their requests in this court **on or before October 4, 2021.**

 **If appellants fail to respond within the time provided, their appeals may be dismissed.**

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of September, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court